# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BMO HARRIS BANK, N.A.                                                                                    PLAINTIFF

v.                                        No. 4:17CV00472 JLH

DAVID BULLINGER                                                                                          DEFENDANT

## ORDER

BMO Harris Bank, N.A., has filed a notice stating that the defendant, David Bullinger, has filed for relief under the United States Bankruptcy Code, so an automatic stay may be in effect, and no further pleadings or papers will be filed in this action. The Clerk is directed to terminate this action administratively. If the obligation that is the subject of this action is not discharged, either party may move to reopen this action within 30 days after the automatic stay is lifted or ceases to be in effect.

IT IS SO ORDERED this 7th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE