# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BMO HARRIS BANK, N.A.                                                              PLAINTIFF

v.                           No. 4:17CV00472 JLH

DAVID BULLINGER                                                DEFENDANT

## JUDGMENT

The motion for default judgment filed by BMO Harris Bank, N.A., is GRANTED. Document #13. Judgment is hereby entered in favor of BMO Harris Bank, N.A., against David Bullinger in the amount of $85,348.20 plus interest to accrue at the rate of 2.33% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 26th day of June, 2018.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE